Sent personal check for $150.00 - dated 8/3/03
References closed cases

FILED
AUG 2 5 2003
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

① "Tri-Chem Liquid Embroidery"     5:99CV3, 1:99CV109,
   Judge Richard Williams took Bribes        3:02CV58

② Wants Henry Marackee removed from all school activities
③ Wants Harry Cox terminated from all SS checks
④ Wants Judge Broadwater to send him a letter w/in 30 days after
     studying the const. — then Basil will decide whether he will be on voting ballot

⑤ "Ternst" are in the Ct. System

⑥ Says he is an atty

⑦ mentions school bus

⑧ Written exam must be sent to BL for approval




13/11/4