IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

BASIL S. GRAHAM,

    Plaintiff,

v.                                     Civil Action No. 5:99cv3 [1]
                                    (Judge Stamp)

HONORABLE FREDERICK P. STAMP, JR.,
Chief Judge, United States District Court for the
Northern District of West Virginia,

    Defendant.

## ORDER

On July 22, 2003, Basil Graham ["Graham"] sent the Court a personal check dated August 3, 2003, and a document concerning "Many Court Involved in this Court Case Including Tri-Chem Liquid Embroidery, Bribbory and Lieing Judge Richard L. Williams the Lieing Chief Judge of the U.S. Supreme Court."

In the document, Graham makes numerous allegations such as Judge Williams accepted bribes from Tri-Chem, there are terrorists

---

[1] Graham also references case no. 7:02cv802, 99-1136 and 1:99cv109. On January 19, 1999, the complaint in case no. 5:99cv3 was dismissed for failure to state a claim. Basil Graham appealed the Court's order, but the Fourth Circuit Court of Appeals dismissed his appeal. On June 28, 1999, case no. 1:99cv109 was dismissed and the Court ordered that Basil Graham should not file any other complaints in this Court unless he is represented by an attorney licensed to practice before this Court, who verifies the pleadings, and unless he pays the $150.00 filing fee. Case no. 7:02cv802 was filed in the Western District of Virginia and transferred to the Martinsburg point of holding court, where the complaint was assigned case no. 3:02cv58. On July 30, 2002, case no. 3:02cv58 was dismissed because the Court found that Basil Graham was barred from making *pro se* filings.

14, 12, 5

| Graham v. Stamp | 5:99cv3 |
|---|---|
| **ORDER** | |

in the court system, and Henry Marackee [sic] and Harry Cox do not care about the safety of the children on the school bus. Graham wants Henry Marackee removed from all school activities, Harry Cox "terminated from all social security checks," a written letter from Judge Broadwater after he studies the United States Constitution, and back pay.

Along with the document, Graham submitted to the Court, the Certificate of Military Service for Clyde E. Graham, and the notice of Basil Graham's honorable discharge from the United States Army.

Graham has been notified on numerous occasions that in order for him to pursue any matters in this Court, he must file a complaint, along with the $150.00 filing fee, and be represented by an attorney.[2] Once again the Court finds that the information Graham has provided does not satisfy the Court's requirement that he be represented by an attorney in order to pursue any matters in this Court. First, it is this Court's opinion that despite Graham's assertions that he is an attorney, the information is inadequate because it does not show that Graham is an attorney licensed to practice before this Court. Further, the information does not reveal that Graham has hired an attorney, who is licensed to practice before this Court, to represent him.

---

[2]The last order was entered on July 8, 2003 in case no. 5:99cv3.

2

Graham v. Stamp                                                      5:99cv3
                                   ORDER
_____

Consequently, the Court will not file any further pleadings, correspondence, or other material, received from Basil Graham unless **he pays the $150.00 filing fee, and he is represented by an attorney licensed to practice law before this Court and such attorney signs and verifies Graham's pleadings, correspondence, or other material.**

While Graham does not have an open case in this district, for purposes of issuing this Order, the Clerk of Court is DIRECTED to file the letter, attachments and this Order in case no. 5:99cv3, 1:99cv109, and 3:02cv58. The Clerks Office is also DIRECTED to return Graham's personal check dated August 3, 2003 to Graham, to not open any further mail from Graham and to mark such "Return to Sender," and to not sign for any certified mail from Graham.

IT IS SO ORDERED.

The Clerk is directed to mail a copy of this Order to Basil Graham, certified mail, return receipt requested.

DATED: August 25, 2003

                                          *signature*
                                          IRENE M. KEELEY.
                                          UNITED STATES DISTRICT JUDGE